DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMLEE COMMERCIAL INVESTMENTS, INC.,** a Florida Corporation,
**SEAWAY SMOKEHOUSE, LLC,** a Florida Limited Liability Company, and
**MARTIN MULDERRIG,**
Appellants,

v.

**JEFFREY NIELSEN,**
Appellee.

No. 4D2023-2178

[August 1, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562020CA000108.

Glenn A. Crickenberger of GC Law PA, Fort Pierce, for appellants Timlee Commercial Investments, Inc., and Seaway Smokehouse, LLC.

Michael R. Grant, Fort Pierce, for appellant Martin Mulderrig.

Eric M. Levine of Atlas | Solomon, PLLC, Stuart, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***